142

*In re* .Application of the County Collector of St. Clair County.

(No. 73-82; ▮▮▮▮▮▮▮

Fifth District—October 7, 1974.

PER CURIAM.
G. MORAN, P. J., took no part.

Robert H. Rice, State's Attorney, of Belleville, for appellant.

J. Michael Mathis, of Peoria, for appellee.

The People of the State of Illinois, Plaintiff-Appellee, *v.* William McAllister, Defendant-Appellant.

(No. 73-144; ▮▮▮▮▮▮▮▮

Fifth District—October 8, 1974.